NUMBER 13-04-392-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 ____________________________________________  _________________

 

CARLOS
CADRIEL,                                                  Appellant,

 

v.

 

THE STATE OF TEXAS,                                              Appellee.

 
____________________________________ _________________________

 

                  On appeal from the 398th
District Court 

 of Hidalgo County, Texas

_ __________________________________
___________________________

 

                     MEMORANDUM OPINION

 

   Before Chief Justice Valdez and
Justices Rodriguez and Garza 

                       Memorandum Opinion Per
Curiam

 








Appellant, CARLOS
CADRIEL, perfected  an appeal from a
judgment entered by the 398th District Court of Hidalgo
County, Texas.  On March 10, 2006, this
Court granted the parties= joint motion to abate
the appeal.  The appeal was abated and
the case was remanded to the trial court to
make findings on these issues: 1) if, without the appellant=s fault, a significant portion of the court reporter=s notes and records have been lost or destroyed or B if the proceedings were electronically recorded B a significant portion of the recording has been
lost or destroyed or is inaudible; 2) if the lost, destroyed, or inaudible
portion of the reporter=s record is necessary to the appeal=s resolution; and 3) if the lost, destroyed, or
inaudible portion of the reporter=s record cannot be replaced by agreement of the
parties.  

The trial court=s findings and
recommendations were received and filed in this Court on May 8, 2006.  The trial court found that based upon the
inability of the court reporter to produce a complete record in this case and
the inability of the parties to agree upon the absent proceedings, a new trial
should be granted in this matter.

The Court, having
examined and fully considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that this matter should be remanded for a
new trial.  The judgment of the trial
court is REVERSED, and the cause is REMANDED for a new trial.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and 

filed  this
the 20th day of July, 2006.